**Dismissed and Opinion Filed June 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01389-CV

### GEORGE JONES RESIDENTIAL, LLC, Appellant
### V.
### ANTONIO L. ADAMS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03973-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Our records in this case indicate appellant is not currently represented by counsel. By order dated April 22, 2016, we informed appellant that, in Texas, a corporation may appear and be represented in court only by a licensed attorney and directed appellant to provide the Court with the name and address of counsel within thirty days. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996). We cautioned appellant that failure to do so would result in the appeal being dismissed without further notice. To date, appellant has not provided the Court with the name and address of counsel, or otherwise corresponded with the Court regarding this appeal.

Accordingly, we dismiss this appeal.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 42.3(b), (c).


<u>/Carolyn Wright/</u>
CAROLYN WRIGHT
CHIEF JUSTICE

151389F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEORGE JONES RESIDENTIAL, LLC,
Appellant

No. 05-15-01389-CV      V.

ANTONIO L. ADAMS, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-15-03973-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ANTONIO L. ADAMS recover his costs of this appeal from appellant GEORGE JONES RESIDENTIAL, LLC.

Judgment entered June 28, 2016.